AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Royal, Charles A. | U.S. Middle District - Georgia | 11/18/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U. S. Courthouse
475 Mulberry Street
Macon, GA 31202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | West Services, Inc. (Book royalties) | $3,819.31 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | First Presbyterian Day School - Math Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life (Whole Life policy) | A | Dividend | L | T | | | | | |
| 2. SunTrust Retirement Reserve Fund | A | Int./Div. | N | T | | | | | |
| 3. MetaMorphix, Inc. | | None | J | T | | | | | |
| 4. Polywad, Inc. | | None | J | T | | | | | |
| 5. SunTrust Account #3 | | None | J | T | | | | | |
| 6. SunTrust Account #4 | | None | L | T | | | | | |
| 7. Estate #1 | | None | J | T | | | | | |
| 8. IShares, Inc. - MSCI Brazil | A | Dividend | J | T | | | | | |
| 9. IShares Inc MSCI Singapore | A | Dividend | J | T | | | | | |
| 10. IShares Inc MSCI Sweden | B | Dividend | K | T | | | | | |
| 11. TICC Capital Corp | C | Dividend | J | T | Sold (part) | 10/16/14 | K | C | |
| 12. Annaly Capital Mgmt Inc | C | Dividend | K | T | | | | | |
| 13. Legacy RESVS | B | Dividend | J | T | | | | | |
| 14. AT & T Inc | C | Dividend | L | T | | | | | |
| 15. Centurylink Inc | B | Dividend | K | T | | | | | |
| 16. Verizon Communications | B | Dividend | K | T | | | | | |
| 17. Northwestern Corp | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Firstenergy Corp | B | Dividend | | | Sold | 08/07/14 | K | A | |
| 19. Pioneer Natural Resources | A | Dividend | K | T | | | | | |
| 20. Southern Company | B | Dividend | K | T | | | | | |
| 21. Brookfield Infrastructure Partners | B | Dividend | K | T | | | | | |
| 22. Seagate Technology | B | Dividend | | | Sold | 08/07/14 | L | D | |
| 23. Annaly Capital Mgmt, Inc. | | None | | | Sold | 08/07/14 | K | A | |
| 24. Antares Pharma, Inc. | | None | | | Sold | 08/07/14 | K | B | |
| 25. Apollo Invt. Corp. | A | Dividend | J | T | Sold (part) | 07/10/14 | J | A | |
| 26. Conagra Foods, Inc. | A | Dividend | K | T | | | | | |
| 27. Denbury Resources, Inc. | A | Dividend | | | Sold | 10/16/14 | J | A | |
| 28. Federated Prime Obligation Fund/ Federated Investors, Inc. | A | Dividend | M | T | | | | | |
| 29. Total SA Spons Adr | B | Dividend | L | T | | | | | |
| 30. Estate #2 | | None | J | T | | | | | |
| 31. Consolidated Edison, Inc. | C | Dividend | L | T | | | | | |
| 32. Linn Energy LLC | B | Dividend | | | Sold | 10/16/14 | K | A | |
| 33. Baron Small Cap (X) | A | Int./Div. | J | T | | | | | |
| 34. Credit Suisse Comm Ret Strat (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Adv Edgewood Gwth Fd Instl Cl (X) | A | Int./Div. | J | T | | | | | |
| 36. Delaware Small Cap Value (X) | A | Int./Div. | J | T | | | | | |
| 37. Hartford Growth Opportunities (X) | A | Int./Div. | J | T | | | | | |
| 38. Invesco Charter (X) | A | Int./Div. | J | T | | | | | |
| 39. Principal Midcap Fund Cl P (X) | A | Int./Div. | J | T | | | | | |
| 40. Franklin Mutual Shares Cl Z (X) | A | Int./Div. | J | T | | | | | |
| 41. Investment Co of America (X) | A | Int./Div. | J | T | | | | | |
| 42. Morgan Stanley Glob Real Est (X) | A | Int./Div. | J | T | | | | | |
| 43. Oppenheimer Rising Dividend (X) | A | Int./Div. | J | T | | | | | |
| 44. T. Rowe Price Equity Income (X) | A | Int./Div. | J | T | | | | | |
| 45. Dodge & Cox (X) | A | Int./Div. | J | T | | | | | |
| 46. International Growth & Income (X) | A | Int./Div. | J | T | | | | | |
| 47. MFS International Equity (X) | A | Int./Div. | J | T | | | | | |
| 48. New World (X) | A | Int./Div. | J | T | | | | | |
| 49. Scout International (X) | A | Int./Div. | J | T | | | | | |
| 50. Bridge Builder Bond Fund (X) | A | Int./Div. | K | T | | | | | |
| 51. Capital World Bond (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Metropolitan West Ttl Red Bd (X) | A | Int./Div. | J | T | | | | | |
| 53. PIMCO Total Return IV (X) | A | Int./Div. | J | T | | | | | |
| 54. Prudential High Yield Fund Z (X) | A | Int./Div. | J | T | | | | | |
| 55. Templeton Global Bond (X) | A | Int./Div. | J | T | | | | | |
| 56. JP Morgan Fed Money Mkt (X) | A | Int./Div. | J | T | | | | | |
| 57. Eastern MI Univ Build Amer Bds (X) | A | Interest | K | T | | | | | |
| 58. Charleston Cnty SC Hosp Roper (X) | A | Interest | K | T | | | | | |
| 59. VA St Hsg Dev Auth ComWith Mtg (X) | A | Interest | J | T | | | | | |
| 60. SC Jobs Economic Dev Auth Hosp (X) | A | Interest | K | T | | | | | |
| 61. In Mun Pwr Agy Pwr Supply Sys (X) | A | Interest | J | T | | | | | |
| 62. American Balanced Fund Cl A (X) | A | Dividend | L | T | | | | | |
| 63. Amern High Incm Muni Bd Fd A (X) | A | Dividend | L | T | | | | | |
| 64. Capital Income Builder Fund A (X) | A | Dividend | L | T | | | | | |
| 65. Capital World Grw & Inc Fund A (X) | A | Dividend | M | T | | | | | |
| 66. Eaton Vance SC Mun Incm Fd C (X) | A | Dividend | J | T | | | | | |
| 67. Europacific Growth Fund Cl A (X) | A | Dividend | J | T | | | | | |
| 68. Franklin Adj US Govt Secs Fd A (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Franklin Equity Income Fund A (X) | A | Dividend | J | T | | | | | |
| 70. Franklin Founding Fd Alloc A (X) | A | Dividend | K | T | | | | | |
| 71. Franklin Growth Series Class A (X) | A | Dividend | J | T | | | | | |
| 72. Franklin Income Fund Cl A (X) | A | Dividend | J | T | | | | | |
| 73. Franklin Mut Glbl Dscv Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 74. Franklin Mutual Shares Fund A (X) | A | Dividend | J | T | | | | | |
| 75. Franklin Small Cap Value Fd A (X) | A | Dividend | J | T | | | | | |
| 76. Franklin Total Return Fund A (X) | A | Dividend | K | T | | | | | |
| 77. Franklin US Government Secs A (X) | A | Dividend | J | T | | | | | |
| 78. Growth Fund of America Cl A (X) | A | Dividend | K | T | | | | | |
| 79. Hartford Balanced Fund Cl A (X) | A | Dividend | K | T | | | | | |
| 80. Hartford Cap Appreciation Cl A (X) | A | Dividend | K | T | | | | | |
| 81. Hartford Disciplined Equity A (X) | A | Dividend | J | T | | | | | |
| 82. Hartford Dividend & Growth A (X) | A | Dividend | K | T | | | | | |
| 83. Hartford Glbl Cap Apprec Fd A (X) | A | Dividend | J | T | | | | | |
| 84. Hartford Healthcare Fund Cl A (X) | A | Dividend | K | T | | | | | |
| 85. Hartford Midcap Fund Cl A (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hartford Value Opptys Fd Cl A (X) | A | Dividend | K | T | | | | | |
| 87. Income Fund of America Fund A (X) | A | Dividend | L | T | | | | | |
| 88. Invesco Global Growth Fd Cl A (X) | A | Dividend | J | T | | | | | |
| 89. Invesco Technology Fund Cl A (X) | A | Dividend | J | T | | | | | |
| 90. Investment Co of America Fd A (X) | A | Dividend | K | T | | | | | |
| 91. New Perspective Fund Cl A (X) | A | Dividend | L | T | | | | | |
| 92. New World Fund Cl A (X) | A | Dividend | K | T | | | | | |
| 93. Templeton Growth Fund (X) | A | Dividend | J | T | | | | | |
| 94. Washington Mutual Invest Fd (X) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Royal, Charles A. | 11/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Estate #1 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

Estate #2 - I have no beneficial interest in the estate. There are no assets owned by the estate. There have been no acquisitions, dispositions or capital gains. This response includes now and at all times during the reporting period.

VII. INVESTMENTS and TRUSTS

Provident Energy was bought out by Pembina Pipeline Corp. in April 2012. The shares given to Judge Royal were sold in June, 2012 and should not have been in the 2013 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles A. Royal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544